3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

v.

Edgardo Antonio LINARES NUNEZ,
aka Edgardo LINARES

Defendant.

Case: 5:26-cr-20589
Assigned To : Levy, Judith E.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 9/3/2026
Description: SEALED IND (LH)

Violation: 8 U.S.C. § 1326(a) & (b)(1)

**INDICTMENT**

THE GRAND JURY CHARGES

**COUNT ONE**
**8 U.S.C. § 1326(a) & (b)(1) - Unlawful Re-Entry**

On or about December 17, 2025, within the Eastern District of Michigan, Southern Division, Edgardo Antonio LINARES NUNEZ, aka Edgardo LINARES, an alien who had been excluded, deported and removed from the United States on or about September 28, 2018, subsequent to a conviction for commission of three or more misdemeanors involving drugs, crimes against the person, or both, or a felony; was found in the United States without the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C. 1326(a) & (b)(1).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/ Douglas C. Salzenstein*
Douglas C. Salzenstein
Chief, National Security Unit

*s/ Susan E. Fairchild*
Susan E. Fairchild
Assistant United States Attorney

Dated: 9/3/2026

ORIGINAL

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** [initials] |

**Case Title:** USA v. Edgardo Antonio LINARES NUNEZ, aka Edgardo LINARES

**County where offense occurred :** Wayne

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
__x__Indictment/____Information --- based upon prior complaint [**Case number:** 25-MJ-30771 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ______________________ **Judge:** ______________________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 3, 2026
Date

Susan E. Fairchild
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9577
Fax:
E-Mail address: Susan.Fairchild@usdoj.gov
Attorney Bar #: P41908

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.